IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TAMEKA TUCKER                                                                    PLAINTIFF

v.                                                       CIVIL ACTION NO. 1:20-cv-00002-GHD-DAS

DOLLAR GENERAL CORPORATION; et al.                                       DEFENDANTS

## ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

The Court ORDERS that the action is DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

SO ORDERED, this, the 3rd day of April, 2020.

_____
SENIOR U.S. DISTRICT JUDGE