IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TAMIKA TUCKER**                                                                                                **PLAINTIFF**

**VERSUS**                                                                **CAUSE NO: 1:20-CV-002-GHD-DAS**

**DOLLAR GENERAL CORPORATION**                                        **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This case came on to be heard on the joint motion, <u>ore tenus</u>, of counsel for Plaintiff, Tamika Tucker ("Plaintiff"), and Defendant, Dollar General Corporation ("Defendant"), to dismiss, with prejudice, the Complaint and any and all claims and causes of action that the Plaintiff has or may have against the Defendant, and the parties having announced that all claims and causes of action against the Defendant have been fully compromised and settled, and that there remain no issues to be litigated by or between the parties not adjudicated and determined by the Court, and the parties having consented to the entry of this Judgment and agreeing that this cause should be dismissed with prejudice with each party to bear their own costs, and Plaintiff and her counsel have agreed to resolve, as part of the agreed settlement between the parties, any and all subrogation, assignment and/or reimbursement claims of Medicare, Medicaid, any insurers, welfare benefit plans, and medical care providers and/or suppliers that may exist as a result of the subject accident, and the Court being further advised in the premises finds that the motion is well taken and should be *granted*.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's Complaint, and any and all claims and causes of action against Defendant be, and the same hereby are, dismissed with prejudice with each party to bear its own costs.

IT IS FURTHER ORDERED that Plaintiff and her counsel shall resolve, as part of the agreed settlement between the parties, any and all subrogation, assignment, and/or reimbursement claims of Medicare, Medicaid, any insurers, welfare benefit plans, and medical care providers and/or suppliers that may exist as a result of the subject incident that is the basis for this lawsuit.

SO ORDERED, this the 21 day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

1

1178874_1.doc

APPROVED AND AGREED:

/s/ James R. Franks, Jr. (MSB 100156)
Wheeler & Franks Law Firm, P.C.
Post Office Box 681
Tupelo, MS 38802
Telephone: (662) 842-0380
Facsimile: (662) 842-7491
Email: jfranks@wheelerfrankslaw.com
ATTORNEY FOR PLAINTIFF

/s/ Ronald L. Roberts (MSB 5597)
Mitchell, McNutt & Sams
Post Office Box 1366
Columbus, MS 39703-1366
Telephone: (662) 328-2316
Facsimile: (662) 328-8035
Email: rroberts@mitchellmcnutt.com
ATTORNEY FOR DEFENDANT